# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133999 & (12)

BARBARA DROOMERS, as Personal
Representative of the Estate of WARREN
DROOMERS, Deceased,
          Plaintiff-Appellee,

v

JOHN R. PARNELL, JOHN R. PARNELL &
ASSOCIATES, and MUSILLI, BAUMGARDNER,
WAGNER & PARNELL, P.C.,
          Defendants,

and

RALPH MUSILLI and WALTER
BAUMGARDNER,
          Defendants-Appellants.
_____/

SC: 133999
COA: 278162
Oakland CC: 2000-024779-CK

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2007

Clerk

d0605